UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ALAN EBERLY,<br>Petitioner,<br>v.<br>A. GONZALVEZ,<br>Respondent. | No. 2:25-cv-03029-SCR<br><br><u>ORDER AND FINDINGS AND RECOMMENDATIONS</u> |

Petitioner, a state prisoner representing himself, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his 2016 first-degree murder conviction from the Sacramento County Superior Court.

The court's records reveal that petitioner has previously filed an application for a writ of habeas corpus attacking the conviction and sentence challenged in this case. See Eberly v. Neuschmid, No. 2:19-cv-1631-MCE-DMC (E.D. Cal.). The previous application was filed on August 22, 2019 and was denied as untimely filed on November 20, 2020. See Eberly v. Neuschmid, No. 2:19-cv-1631-MCE-DMC (E.D. Cal.) at ECF Nos. 1, 34. Before petitioner can proceed with the instant application, he must file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing a second or successive § 2254 petition to be filed. 28 U.S.C. § 2244(b)(3). Therefore, petitioner's § 2254 application must be dismissed without prejudice to its re-filing after obtaining authorization from the United States Court of Appeals for

the Ninth Circuit. Until such time, this court lacks authority to review petitioner's § 2254 application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion for discovery (ECF No. 3) is denied as the court lacks jurisdiction over the pending § 2254 application.

2. The Clerk of Court shall randomly assign this matter to a district judge.

IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." If petitioner files objections, he shall also address whether a certificate of appealability should issue and, if so, why and as to which issue(s). Where, as here, the petition was dismissed on procedural grounds, a certificate of appealability "should issue if the prisoner can show: (1) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right.'" Morris v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)). Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: September 28, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE